## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Mark A. Farrelly
      Susan C. Farrelly

CHAPTER 7

BKY. NO. 18-14567 JKF

<u>Debtors</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

Respectfully submitted,
**/s/ Rebecca A. Solarz,**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322