United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mark A Farrelly  
Susan C Farrelly  
       Debtors

Case No. 18-14567-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Dec 04, 2018  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.  
db/jdb         Mark A Farrelly,    Susan C Farrelly,    212 Penn St.,    West Chester, PA   19382

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:  
         JOHN W. CRAYNOCK    on behalf of Debtor Mark A Farrelly jcraynock@aol.com, deb_dempsey@comcast.net  
         JOHN W. CRAYNOCK    on behalf of Joint Debtor Susan C Farrelly jcraynock@aol.com, deb_dempsey@comcast.net  
         MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com  
         MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                        TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark A. Farrelly<br>Susan C. Farrelly<br><br>Debtor(s) | CHAPTER 7 |
| Quicken Loans Inc.<br><br>Movant<br><br>vs. | NO. 18-14567 JKF |
| Mark A. Farrelly<br>Susan C. Farrelly<br><br>Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq.<br><br>Trustee | |

## ORDER

AND NOW, this 4th day of December, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 212 North Penn Street, West Chester, PA 19380("Property"), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Mark A. Farrelly
212 Penn Street
West Chester, PA 19382

Susan C. Farrelly
212 Penn Street
West Chester, PA 19382

John W. Craynock, Esq.
226 W. Market Street (Via ECF)
West Chester, PA 19382

Michael H. Kaliner Esq.
312 Oxford Valley Road (VIA ECF)
Fairless Hills, PA 19030

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532