United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14567-jkf
Mark A Farrelly                                                         Chapter 7
Susan C Farrelly
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin            Page 1 of 1              Date Rcvd: Dec 07, 2018
                            Form ID: 318           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db/jdb         Mark A Farrelly,    Susan C Farrelly,    212 Penn St.,    West Chester, PA  19382
14163130       AT&T Universal Card,    P.O. Box 9001037,    Louisville, KY 40290-1037
14163125       Chase Cardmember Services,    P.O. Box 1423,    Charlotte, NC 28201-1423
14163126       Discover,   P.O. Box 742655,    Cincinnati, OH 45274-2655
14163128       PNC Bank,   P.O. Box 856177,    Louisville, KY 40285-6177
14163129       Sears Credit Cards,   P.O. Box 9001055,    Louisville, KY 40290-1055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Dec 08 2018 03:30:55     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2018 03:29:50
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2018 03:30:18     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14163123       E-mail/Text: bankruptcy@bbandt.com Dec 08 2018 03:29:02     BB&T,   P.O. Box 58034,
                Charlotte, NC 28258-0340
14163122       EDI: BANKAMER.COM Dec 08 2018 08:13:00     Bank of America,   P.O. Box 15019,
                Wilmington, DE 19850-5019
14163124       EDI: CAPITALONE.COM Dec 08 2018 08:13:00     Capital One Bank (USA), N.A.,   P.O. Box 71083,
                Charlotte, NC 28272-1083
14163127       EDI: CBSKOHLS.COM Dec 08 2018 08:13:00     Kohl's,   P.O. Box 3043,   Milwaukee, WI 53201-3043
14164082      +EDI: PRA.COM Dec 08 2018 08:13:00     PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14163121       Creditor Addresses
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              JOHN W. CRAYNOCK    on behalf of Debtor Mark A Farrelly jcraynock@aol.com,   deb_dempsey@comcast.net
              JOHN W. CRAYNOCK    on behalf of Joint Debtor Susan C Farrelly jcraynock@aol.com,
               deb_dempsey@comcast.net
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Mark A Farrelly** | Social Security number or ITIN | **xxx–xx–9920** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Susan C Farrelly** | Social Security number or ITIN | **xxx–xx–7921** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | | |
| Case number:  **18–14567–jkf** | | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark A Farrelly                                              Susan C Farrelly

12/6/18                                              **By the court:**  Jean K. FitzSimon
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                     **Order of Discharge**                     page 2